■ In re Montagne, John F.; Motty, Jeannette Montagne; McDade, Marian Mon-tagne; Montagne, Odette St. Martin; Bares, Willie Waller; Nugier, John W.; Le-Blanc, Helen; Bailey, Ruby Nugier; Bailey, Robert J.; Booth, Al Nugier Jr.; Nugier, Herbert P.; Nugier, Homer J.; Lem-oine, Billie Dale Nugier; Nugier, Cheryl Catherine; Nugier, Brenda Faye; Nugier, Kirby Morris Jr.; Nugier, Elita T.; Nugier, Emmit; Nugier, Wallace; applying for writ of certiorari and/or review; to the Court of Appeal, Third Circuit, No. 85-683; Parish of Vermilion, 15th Judicial District Court, Div. “B”, No. 83-47038.
Prior report: La.App., 488 So.2d 448.
Denied.